**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

LAWRENCE YOUNG, on behalf of himself and all other persons similarly situated,

                    Plaintiffs,

-against-

CYBERGUYS, INC.,

                    Defendant.

------------------------------------- x

ORDER

21 Civ. 2868 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within fourty-five (45) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: May 24, 2021
      New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge