**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAWRENCE YOUNG, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

CYBERGUYS, Inc.

        Defendant.

Case 1:21-cv-2868 -GBD

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, that pursuant to a settlement agreement by and between the parties and with the approval of this Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims in the above-captioned action be dismissed with prejudice and without costs as to any party.

ORDERED THIS __17__ day of __August__, 2021

                                                  Hon. George B. Daniels, U.S.D.J.

By: _____
Jeffrey M. Gottlieb, Esq.
Michael A. LaBollita, Esq.
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, New Yok 10003
Email: *jeffrey@gottlieb.legal*

*Attorney for Plaintiff*

By _____
Joel G. MacMull, Esq.
MANDELBAUM SALSBURG P.C.
3 Becker Farm Road
Roseland, NJ 07068
*jmacmull@lawfirm.ms*

*Attorney for Defendant*

11